

1  JaVonne M. Phillips, Esq. SBN 187474
2  Kelly M. Raftery, Esq. SBN 249195
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4811

**The following constitutes the order of the court.
Signed April 27, 2018**

6  Attorneys for Secured Creditor, U.S. Bank
   National Association, as Trustee for the
7  Structured Asset Investment Loan Trust Mortgage
   Pass-Through Certificates, Series 2005-2, its
8  assignees and/or successors, by and through its
9  servicing agent Select Portfolio Servicing, Inc.

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-43041 WJL |
| | ) |
| Twila McEachin Lankford, | ) Chapter  11 |
| aka Twila Lashawn Lankford, | ) |
| | ) **ORDER GRANTING MOTION TO** |
| Debtor. | ) **APPROVE STIPULATION FOR PLAN** |
| | ) **TREATMENT ON FIRST LIEN SECURED** |
| | ) **BY REAL PROPERTY AT 2 PEROLY** |
| | ) **COURT, OAKLAND, CA 94601** |
| | ) |
| | ) [no hearing] |
| | ) |
| | ) Judge:  William J. Lafferty |

1

File No. CA-17-141703
Order Granting Motion, Case No.  17-43041 WJL

1  The parties having agreed to the terms set forth in the Stipulation for Plan Treatment on
2  First Lien Secured by Real Property at 2 Peroly Court, Oakland, CA 94601, filed on 3/7/2018 as
3  document #27, are bound by the terms of their stipulation which shall be the Order of this Court.
4  **END OF ORDER**

**COURT SERVICE LIST**