United States Bankruptcy
Northern District of California,
Oakland Division

In Re: Twila McEachin Lankford
aka Twila Lashaun Lankford
Debtor(s)

FILED
JAN 0 3 2019
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

Case No.: 17-43041 WJL 11

Chapter: 11

Change of Address

Old Address LaVette Lankford
5704 Los Angeles
Oakland, CA 94608

New Address LaVette Lankford
2116 High Street, Apt. #7
Oakland, CA 94601

_____          1-3-19
LaVette Lankford                 Date