

The following constitutes the order of the Court.
Signed: January 4, 2019

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Twila McEachin Lankford,<br><br>        Debtor.<br>_____<br><br>Twila McEachin Lankford,<br><br>        Plaintiff<br><br>    v.<br><br>Lavette Lankford and Trecine Lankford,<br><br>        Defendants. | Case No. 17-43041 WJL<br>Chapter 11<br><br>Adversary Proceeding No. 18-04057<br><br>**HEARING SCHEDULED**<br><br>**Date:** January 8, 2019<br>**Time:** 9:00 a.m.<br>**Length of Trial:** Day Three |

**ORDER AFTER HEARING**

On January 3, 2019, the Court held trial in the above-captioned adversary proceeding. The appearances made at trial were noted on the record. Trial did not conclude by the end of day.

The Court was made aware that the witness stand copies of Plaintiff's Exhibits 1-9 and Defendants' exhibits 1-21 had gone

missing at the close of Day Two of Trial.  These copies are for the Court to maintain. It is critical to the integrity of process of this case that all parties and witnesses possess the same documents, and that all parties are confident no documents have been altered.  Accordingly, any person currently in possession of any or all exhibits from the witness stand at the conclusion of Day 2 of Trial **IS HEREBY ORDERED to immediately return the exhibits to the Court**.  It is not acceptable to delay the return of the exhibits for any reason once a person in possession of any or all of the exhibits is made aware of this Order.

For the reasons stated on the record, the Court FURTHER ORDERS THAT:

(1) Day Three of Trial in the above-referenced matter will begin at **9:00 a.m.** on **Tuesday, January 8, 2019** at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California 94612.

(2) The status conference in the associated bankruptcy case, Case No. 17-43041 WJL, is continued to **Tuesday, January 8, 2019.**  The status conference will commence at the close of trial.

At the conclusion of Day 2 of Trial, the Court was again made aware that at least one defendant may have changed addresses.  The Court reminds all parties that B.L.R. 1001-2 mandates that any party whose address changes while an action is pending promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address. Those interested parties not named in the action or who do not have an address

properly registered with the Court are not entitled to mailed notices from the Court.

**\*END OF ORDER\***

**COURT SERVICE LIST**

Twila McEachin Lankford
1016 Arlington Avenue
Oakland, CA 94608

Lavette Lankford
2116 High Street, Apt. 7
Oakland, CA 94601

Lavette Lankford
5704 Los Angeles Street
Oakland, CA 94608

Trecine Lankford
5708 Los Angeles Street
Oakland, CA 94608

Matthew J. Webb
Law Offices of Matthew J. Webb
1382 A St.
Hayward, CA 94541