

The following constitutes the order of the Court.
Signed: January 17, 2019

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 17-43041 |
| Twila Lankford, ) | Chapter 11 |
| ) | |
| Debtor. ) | Adv. Pro. No. 18-04057 |
| ) | |
| Twila Lankford, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | HEARING SCHEDULED |
| ) | Date: January 22, 2019 |
| Lavette Lankford and Trecine ) | Time: 9:00 a.m. |
| Lankford, ) | Courtroom: 220 |
| ) | 1300 Clay Street |
| Defendants. ) | Oakland, CA 94612 |

## ORDER SETTING ORAL RULING

On January 8, 2019, the Court concluded a trial in the above captioned adversary proceeding. Parties were directed to submit post-trial briefs to the Court by the end of day on January 15, 2019. The Court timely received Plaintiff's *Post-Trial Brief* (doc. 62).

Defendants did not timely file a post-trial brief. On January 16, 2019, Defendant Lavette Lankford filed a *Defendant Lavette Lankford's Motion for Enlargement of Time to File Post-Trial Brief* (the "Motion") (doc. 63). The Court denied the Motion in a separate order.

The Court HEREBY SETS an oral ruling for **January 22, 2019 at 9:00 a.m.** at the United States Bankruptcy Court for the Northern District of California, Oakland Division, 1300 Clay Street, Courtroom 220, Oakland, California 94612. All interested parties may appear telephonically. The Court FURTHER SETS a status conference in the related case, *In re Twila McEachin Lankford*, Case. No. 17-43041, immediately following the Oral Ruling.

**\*END OF ORDER\***

**Court Service List**

**Lavette Lankford**
2116 High Street, Apt. #7
Oakland, CA 94601


**Trecine Lankford**
5708 Los Angeles Street
Oakland, CA 94608


**Mario A. Moya**
Moya Law Firm
1300 Clay Street, Suite 600
Oakland, CA 94612