EXHIBIT "1"

# File a Stipulation:

17-43041 Twila McEachin Lankford

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 4 (Oakland) |
| Assets: y | Judge: WJL | Case Flag: DebtEd |

**U.S. Bankruptcy Court**

**California Northern Bankruptcy Court**

Notice of Electronic Filing

The following transaction was received from Jennifer C. Wong entered on 12/8/2022 at 5:02 PM PST and filed on 12/8/2022
**Case Name:**       Twila McEachin Lankford
**Case Number:**     17-43041
**Document Number:** 323

**Docket Text:**
Stipulation, for Sale of Real Property Located at 2 Peroly Court, Oakland, CA 94601 Filed by Creditor U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-2. (Attachments: # (1) Certificate of Service) (Wong, Jennifer)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**STIPULATION.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=12/8/2022] [FileNumber=38318739-0] [287bdc08b07bb3d51538702bb705478e8da6a94bcc6e339898b037c78d97d85c26 f7b4f516778e02e179130b47273029998db526b598cc873105314dd2d29e95]]
**Document description:**Certificate of Service
**Original filename:**C:\fakepath\CERTIFICATE OF SERVICE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=12/8/2022] [FileNumber=38318739-1] [b13c73c92d6ea08e6c710d1913a07c0621f69417d8d3e87eb30df4a3323de9e3c1 4a3a5e148ac3db0948414392e238774e613f865069995f0bdb442959e9035f]]

**17-43041 Notice will be electronically mailed to:**

Simon Aron on behalf of Creditor Kevin Singer
saron@wrslawyers.com, AParisi@wrslawyers.com

Mark Bostick on behalf of Trustee Michael G. Kasolas
mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Theron S. Covey on behalf of Creditor U.S. Bank National Association,
tcovey@raslg.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee/Oak
trevor.fehr@usdoj.gov

Sean C. Ferry on behalf of Creditor U.S. Bank National Association
sferry@raslg.com

Michael G. Kasolas
trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com

Kelly Marie Kaufmann on behalf of Creditor U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-2
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Lisa Lenherr on behalf of Trustee Michael G. Kasolas
llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Michael D. Mandell on behalf of Creditor Private Capital Fund, LLC
mm@michaelmandell.com, brucecorn@earthlink.net

Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov

Richard L. Pierotti
Rpierotti@kpmd.com

Lawrence L. Szabo on behalf of Debtor Twila McEachin Lankford
szabo@sbcglobal.net, szabo@ecf.courtdrive.com

Fanny Zhang Wan on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE,SUCCESSOR BY MERGE
fwan@raslg.com, thewanfirm@gmail.com

Matthew J. Webb on behalf of Interested Party Lavette Lankford
mwebblaw@cs.com, admin@mwebblaw.com

Jennifer C. Wong on behalf of Creditor U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-2
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**17-43041 Notice will not be electronically mailed to:**

Alameda County Tax Collector
1221 Oak St. Rm 131
Oakland, CA 94612

LVNV Funding LLC
Resurgent Capital Services

P.O. Box 10587
Greenville, SC 29603

Trecine Lankford
2116 High Street #7
Oakland, CA 94601

Ruben Martinez
Fiduciary Real Estate Services
215 W. Franklin, Ste 402
Monterey, CA 93940

Pinnacle Credit Services LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-2, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-43041 WJL |
| Twila McEachin Lankford, aka Twila Lashawn Lankford, | ) Chapter 11 |
| Debtor. | ) |
| | ) **STIPULATION FOR SALE OF REAL PROPERTY LOCATED AT 2 PEROLY COURT, OAKLAND, CA 94601** |
| | ) [no hearing set] |
| | ) Judge: William J. Lafferty |

1

Case: 17-43041    Doc# 324-1    Filed: 12/21/22    Entered: 12/21/22 13:27:10    Page 5 of 7

U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-2, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("Secured Creditor"); Twila McEachin Lankford ("Debtor"); and Michael G. Kasolas ("Trustee") by and through their attorneys of record now enter into the below Stipulation for the Sale of Real Property commonly known as 2 Peroly Court, Oakland CA 94601 ("Property").

## RECITALS

A. On or about 01/07/2021, Secured Creditor and Debtor entered into a Third Amended Stipulation for Adequate Protection and Plan Treatment on First Lien Secured by Real Property Located at 2 Peroly Court, Oakland CA 94601 ("Third Amended Stipulation") [Dkt. #220]. On 02/04/2021, the Court entered an Order approving the Third Amended Stipulation [Dkt. #225].

B. Debtor has defaulted under the Third Amended Stipulation in the amount of approximately $5,724.40.

C. In lieu of defaulting Debtor under the Third Amended Stipulation and obtaining relief from stay, Trustee has requested time to sell the Property.

D. Parties have agreed to allow Trustee 120 days to complete the sale of the Property.

## THE PARTIES HERETO STIPULATE AND AGREE AS FOLLOWS:

1. This Stipulation is regarding the Property commonly known as 2 Peroly Court, Oakland, CA 94601.

2. Secured Creditor shall hold off on submitting its Declaration of Default on the Debtor under the Third Amended Stipulation to allow Trustee 120 days to sell the Property.

3. If the Property is not sold by the Chapter 11 Trustee within 120 days from the date of entry of the Order on this Stipulation, the automatic provisions of 11 U.S.C. §362 shall be terminated and extinguished for purposes as to Secured Creditor and Secured Creditor may lodge an Order terminating the automatic stay.

///

4. The 14 day stay provided by Bankruptcy Rule 4001(a)(3) is waived upon termination of the automatic stay.

IT IS SO STIPULATED:

Dated: December 5, 2022

*Lawrence L. Szabo*
Lawrence L. Szabo, Esq.
Attorney for Debtor

Dated: December 6, 2022

FENNEMORE WENDEL

Lisa Lenherr, Esq.
Attorney for Trustee

Dated: 11/16/2022

/s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
McCarthy & Holthus, LLP
Attorneys for Secured Creditor

3