Selwyn D. Whitehead, SBN 236391
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Phone: 510.632.7444
Fax: 510.856.5180
selwynwhitehead@yahoo.com
Email: selwynwhitehead@yahoo.com

Attorney for Debtor
**TWILA MCEACHIN LANKFORD**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA,
# OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>**TWILA MCEACHIN LANKFORD,**<br><br>Debtor Out of Possession. | Case No.: 17-43041-WJL-11<br>Chapter 11<br><br>**DECLARTION OF SELWYN D. WHITEHEAD IN SUPPORT OF AND IN SUBSTANTIATION THAT NOTICE OF SUBSTIUTION TO WAS PROVIDED TO ATTORNEY LAWRENCE L. SZABO, BUT THE SUBSTITUTION FORM HAS NOT BEEN RETURNED; CERTIFICATE OF SERVICE**<br><br>**Judge**: Hon. William J. Lafferty, III |

I, **SELWYN D. WHITEHEAD**, do hereby declare:

1. I am an attorney at law in good standing, a solo practitioner who is duly licensed to practice in all California State and Federal Courts and admitted to practice before this Honorable Court.

2. I attest that I have been retained by the Debtor-out-of-Possession **TWILA MCEACHIN LANKFORD** (hereinafter, the "Debtor") in her pending Chapter 11 case. Except where I make statements based on information and belief, which I do believe to be true, I have personal knowledge of the facts set forth herein and as such, if called upon as a witness in this matter I could and would competently testify truthfully as to those facts.

-1-

Declaration of Selwyn D. Whitehead in Support of and in Substantiation that Notice of Substitution of Attorney was Provided to Attorney Lawrence L. Szabo but the Substitution form has not been Returned; Certificate of Service

Case: 17-43041    Doc# 333-1    Filed: 01/13/23    Entered: 01/13/23 18:35:20    Page 1 of 9

3. I make this declaration in support of and to substantiate why the Debtor is filing her Substitution of Attorney form (hereinafter, the "SOA") without her former counsel, Lawrence L. Szabo's, (hereinafter, "Mr. Szabo") signature.

4. In support of this declaration, I attest that as follows:

5. The Debtor has informed me that on or about January 5, 2023, she received electronic notice from Mr. Szabo of his intent to withdraw as her counsel. [Attached hereto as "**Exhibit A**" is a true and correct copy of said notice.]

6. On or about January 10, the Debtor and I entered into an Attorney-Client Employment and Fee Agreement.

7. On or about January 11, the Debtor and I executed a SOA to be forwarded to Mr. Szabo for his signature. [Attached hereto as "**Exhibit B**" is a true and correct copy of said Substitution of Attorney form.

8. On or about January 12, I sent a copy of the executed SOA to Mr. Szabo. [Attached hereto as "**Exhibit C**" is a true and correct copy of the email I sent to Mr. Szabo with the SOA attached.]

9. Having not received the executed SOA back from Mr. Szabo bearing his signature, at or about 4:50 p.m. today, I place a call to Mr. Szabo at his phone number stated on the docket in this matter and left a detailed voice message asking for the return of the SOA bearing his signature.

10. As for the filing of this declaration, I have not received a copy of the requested signed SOA back from Mr. Szabo.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __**13th**__ day of January 2023 at Oakland, Alameda County, California.

BY /s/ *Selwyn D. Whitehead*
SELWYN D. WHITEHEAD
Attorney for Debtor
**TWILA MCEACHIN LANKFORD**

-2-

Declaration of Selwyn D. Whitehead in Support of and in Substantiation that Notice of Substitution of Attorney was Provided to Attorney Lawrence L. Szabo but the Substitution form has not been Returned; Certificate of Service

**Exhibit A**

-3-

Declaration of Selwyn D. Whitehead in Support of and in Substantiation that Notice of Substitution of Attorney was Provided to Attorney Lawrence L. Szabo but the Substitution form has not been Returned; Certificate of Service

# Lawrence L. Szabo

Attorney at Law
3608 Grand Avenue
Oakland, CA 94610
szabo@sbcglobal.net
Telephone: 510/834-4893  FAX: 510/834-9220

January 5, 2023

**VIA EMAIL**: *t_lankford@att.net*

Re: Notice of intent to withdraw

We have discussed my intention to withdraw ffrom representing you in your chapter 11 case. Please consider this formal notice of my intention to do so.

Sincerely,

/s/

Lawrence L. Szabo

**Exhibit B**

-4-

Declaration of Selwyn D. Whitehead in Support of and in Substantiation that Notice of Substitution of Attorney was Provided to Attorney Lawrence L. Szabo but the Substitution form has not been Returned; Certificate of Service

Selwyn D. Whitehead, Esq., (SBN #236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Telephone: 510.632.7444
Facsimile: 510.856.5180
Email: selwynwhitehead@yahoo.com

Attorney for Debtor
**TWILA MCEACHIN LANKFORD**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: No. 17-43041-WJL-11 |
| **TWILA MCEACHIN LANKFORD,** | Chapter 11 |
| Debtor Out of Possession. | **NOTICE OF AND SUBSTITUTION OF ATTORNEY FOR DEBTOR** |

PLEASE TAKE NOTICE that the Debtor **TWILA MCEACHIN LANKFORD** hereby substitutes Selwyn D. Whitehead, Esq., of the Law Offices of Selwyn D. Whitehead, 4650 Scotia Avenue, Oakland, California 94605, Phone: 510.632.7444, Fax: 510.856.5180, email: selwynwhitehead@yahoo.com, as her attorney of record in the above-entitled matter in place of Lawrence L. Szabo, Esq.

I authorize this substitution.

Dated: January 11, 2023      By: /s/ Twila McEachin Lankford
                             **TWILA MCEACHIN LANKFORD**
                             Debtor

I accept this substitution.      **LAW OFFICES OF SELWYN D. WHITEHEAD**

Dated: January 11, 2023      By: /s/ *Selwyn D. Whitehead*
                             **SELWYN D. WHITEHED, ESQ.**
                             Substituted Attorney for the Debtor

I consent to the above substitution.      **LAW OFFICES OF LAWRENCE L. SZABO**

Dated: January ____, 2023      By: /s/ _____
                             **LAWRENCE L. SZABO, ESQ.**
                             Former Attorney for the Debtor

SUBSTITUTION OF ATTORNEY
LANKFORD///Case No.:
17-43041
Page 1

**Exhibit C**

-5-

Declaration of Selwyn D. Whitehead in Support of and in Substantiation that Notice of Substitution of Attorney was Provided to Attorney Lawrence L. Szabo but the Substitution form has not been Returned; Certificate of Service

**In re: Twila McEachin Lankford, Chapter 11 Case No.: 17-43041**

| | |
|---|---|
| From: | Selwyn Whitehead (selwynwhitehead@yahoo.com) |
| To: | szabo@sbcglobal.net |
| Cc: | t_lankford@att.net |
| Date: | Thursday, January 12, 2023 at 09:59 AM PST |

Good Morning Mr. Szabo,

I hope you are well and enjoying the new year.

This serves to inform you that Ms. Lankford has retained me as her new counsel in the pending matter. And as such, I have attached a Substitution of Attorney form for your execution and return along with an electronic copy of her file.

Thanks.

Selwyn D. Whitehead, Esq.
*Bankruptcy Law Certified Specialist*
Certified by The State Bar of California Board of Legal Specialization
(JD LLM Taxation Law, LLM Intellectual Property Law)
Bankruptcy, Debt/Wealth Management, Real Estate and Taxation Law
LAW OFFICES OF SELWYN D. WHITEHEAD
4650 Scotia Avenue, Oakland, California 94605
Phone: 510.632.7444
Fax: 510.856.5180
Email: selwynwhitehead@yahoo.com
Web Site: www.selwynwhitehead.com

The Law offices of Selwyn D. Whitehead CONFIDENTIALITY NOTICE: This electronic message is from a law firm. It is intended solely for the use of the recipient(s) to whom it is addressed and might contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, any dissemination, distribution or copying of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please delete it (including any attachments) from your system without copying or forwarding it, and notify the sender of the error by reply e-mail. Do not forward or disseminate this e-mail to any third party. Unauthorized interception of this e-mail is a violation of federal law.
      The Law Offices of Selwyn D. Whitehead DISCLAIMER NOTICE: The attorneys of the Law Offices of Selwyn D. Whitehead are licensed to practice law ONLY in California and do not intend to give advice to anyone regarding any legal matter not involving California law. Also, Any reliance on the information contained in this correspondence by someone who has not entered into a retainer agreement with the Law Offices of Selwyn D. Whitehead is taken at the reader's own risk.
      The Law offices of Selwyn D. Whitehead IRS Tax DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. In addition, unless expressly stated in writing, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used to (i) support any position taken on any tax or information return, (ii) support a determination that any such position satisfies any return preparation standard or (iii) avoid any penalties arising from any such position. In addition, you are cautioned to determine (i) whether, in order to avoid certain penalties, applicable law or other IRS guidance requires disclosure of any such position on such return and (ii) if disclosure is warranted, the required form of such disclosure.
**The Law Offices of Selwyn D. Whitehead is a designated debt relief agency under federal law and provides legal assistance to consumers seeking relief under the Bankruptcy Code.**


Lankford-17-43041_SOA Signed by Debtor_2023.0111_To Szabo_2023.0112.pdf
127.7kB

<span style="color:red">**Case: 17-43041    Doc# 333-1    Filed: 01/13/23    Entered: 01/13/23 18:35:20    Page 8 of 9**</span>

**CERTIFICATE OF SERVICE**

I, Selwyn D. Whitehead the undersigned, declare:

I am employed in the City of Oakland, County of <u>Alameda</u>, California. I am over the age of 18 years and not a party to this action. My business address is 4650 Scotia Avenue Oakland, CA 94605. On the date stated below, I served the following document in the manner described below:

**DECLARTION OF SELWYN D. WHITEHEAD IN SUPPORT OF AND IN SUBSTANTIATION THAT NOTICE OF SUBSTIUTION TO WAS PROVIDED TO ATTORNEY LAWRENCE L. SZABO, BUT THE SUBSTITUTION FORM HAS NOT BEEN RETURNED; CERTIFICATE OF SERVICE**

on each party listed below requesting or requiring special notice in the manner or manners described below:

***VIA THE COURT'S ECF SYSTEM ONLY:  COURT SERVICE LISTEES***

I am readily familiar with the business practices of the Law Offices of Selwyn D. Whitehead, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service via personal or business email and/or via the Court's ECF System, as indicated above.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __**13th**__ day of January 2023 at Oakland, Alameda County, California.

/s/ ***Selwyn D. Whitehead,***
SELWYN D. WHITEHEAD

-6-

Declaration of Selwyn D. Whitehead in Support of and in Substantiation that Notice of Substitution of Attorney was Provided to Attorney Lawrence L. Szabo but the Substitution form has not been Returned; Certificate of Service