Entered on Docket
January 17, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



LAWRENCE L. SZABO #83974
Attorney at Law
3608 Grand Avenue, Ste. 1
Oakland, CA 94610
Tel.: (510) 834-4893
Facs: (510) 834-9220
szabo@sbcglobal.net

Attorney for TWILA MCEACHIN LANKFORD,
Debtor

The following constitutes the order of the Court.
Signed: January 17, 2023

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | No. 17-43041 WJL |
| TWILA MCEACHIN LANKFORD, | Chapter 11 |
| Debtor-in-possession. | |

**ORDER GRANTING MOTION OF LAWRENCE L. SZABO
TO BE RELIEVED AS DEBTOR'S COUNSEL**

The Court had read and considered the motion and supporting declaration of Lawrence L. Szabo filed on January 13, 2022 [DKT # 331] ("Motion") for Lawrence L. Szabo to be relieved as counsel for TWILA McEACHIN LANKFORD, the Debtor in the above-captioned bankruptcy proceeding. Notice of the Motion having been duly and properly given under the circumstances, good cause appearing, the Motion is GRANTED.

***END***

Court Service List

Twila McEachin Lankford
1016 Arlington Avenue
Oakland, CA 94608

Law Offices of Selwyn D. Whitehead
4650 Scotia Ave.,
Oakland, CA 94605