# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 1/17/2023 |
| Case: 17–43041 | Form ID: pdfeoc | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Selwyn D. Whitehead    selwynwhitehead@yahoo.com

                                                                                                             TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Twila McEachin Lankford    1016 Arlington Avenue    Oakland, CA 94608

                                                                                                             TOTAL: 1