**Entered on Docket
January 30, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1. JaVonne M. Phillips, Esq. SBN 187474
2. Jennifer C. Wong, Esq. SBN 246725
   **McCarthy & Holthus, LLP**
3. 2763 Camino Del Rio South, Suite 100
   San Diego, CA 92108
4. Phone (877) 369-6122
5. Fax (619) 685-4811

The following constitutes the order of the Court.
Signed: January 28, 2023

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

6. Attorneys for
7. U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust
8. Mortgage Pass-Through Certificates, Series 2005-2, its assignees and/or successors, by and through
9. its servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-43041 WJL |
| Twila McEachin Lankford, aka Twila Lashawn Lankford, | ) Chapter 11 |
| Debtor. | ) **ORDER GRANTING MOTION TO APPROVE STIPULATION FOR SALE OF REAL PROPERTY LOCATED AT 2 PEROLY COURT, OAKLAND, CA 94601** |
| | ) [no hearing set] |
| | ) Judge: William J. Lafferty |

1

File No. CA-17-141703
Order Granting Motion, Case No. 17-43041 WJL

1   The Parties agreed to the terms set forth in the Stipulation for Sale of Real Property
2   Located at 2 Peroly Court, Oakland, CA 94601 ("Stipulation") attached as Exhibit "1" to the
3   Motion To Approve Stipulation for Sale of Real Property Located at 2 Peroly Court, Oakland,
4   CA 94601 ("Motion") filed on 12/21/2022 as Docket #324.

6   The Court, having reviewed the Motion and the Stipulation, IT IS ORDERED that the
7   Motion is GRANTED and the Stipulation is APPROVED.

9                                    **END OF ORDER**

**COURT SERVICE LIST**

NONE